```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
     v.                      )    Cr. No. 01-10384-MLW
                             )
GARY LEE SAMPSON,            )
     Defendant.              )
```

<u>ORDER</u>

WOLF, D.J.                                          March 27, 2009

Defendant Gary Lee Sampson's First Motion for Discovery, filed on March 25, 2009, has a certificate of service. However, the government's March 27, 2009 submission in response to the March 26, 2009 Order states that this motion has not yet been served on the government. Therefore, it is hereby ORDERED that the defendant shall provide a copy of the First Motion for Discovery and the related Motion to Seal to the government forthwith.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```