```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA       )
                               )
            v.                 )      Cr. No. 01-10384-MLW
                               )
GARY LEE SAMPSON               )

ORDER

WOLF, D.J.                                          December 5, 2013

The requests in the December 4, 2013 Joint Memorandum of the Parties in Response to the Court's November 29, 2013 Order (Docket No. 1258) are reasonable. Therefore, it is hereby ORDERED that:

1. The December 19, 2013 status conference is RESCHEDULED for January 13, 2014, at 2:00 p.m.

2. Counsel for the parties shall meet and, by December 23, 2013, at 12:00 noon, respond to the November 29, 2013 Memorandum and Order to the maximum extent then possible.

3. If there remain matters that require, or would benefit from, further discussion, counsel shall complete their response to the November 29, 2013 Memorandum and Order by January 9, 2014, at 12:00 noon.

                                       /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE

```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA       )
                               )
          v.                   )    Cr. No. 01-10384-MLW
                               )
GARY LEE SAMPSON               )

<u>ORDER</u>

WOLF, D.J.                                       December 5, 2013

      The requests in the December 4, 2013 Joint Memorandum of the Parties in Response to the Court's November 29, 2013 Order (Docket No. 1258) are reasonable. Therefore, it is hereby ORDERED that:

      1. The December 19, 2013 status conference is RESCHEDULED for January 13, 2014, at 2:00 p.m.

      2. Counsel for the parties shall meet and, by December 23, 2013, at 12:00 noon, respond to the November 29, 2013 Memorandum and Order to the maximum extent then possible.

      3. If there remain matters that require, or would benefit from, further discussion, counsel shall complete their response to the November 29, 2013 Memorandum and Order by January 9, 2014, at 12:00 noon.

 

                                               /s/ MARK L. WOLF  
                                      UNITED STATES DISTRICT JUDGE