UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
UNITED STATES OF AMERICA

v.

Criminal No. 01-10384-MLW

GARY LEE SAMPSON
-------------------------------------------------------x

## AGREED MOTION TO EXCEED THE PAGE LIMIT

Gary Sampson, through undersigned counsel, and with agreement with counsel for the government, hereby moves to exceed the 20-page limit pursuant to Local Rule 7.1(b)(4).

The parties jointly requested that this Court enter a standing Order to waive local rules regarding page limitations on motions and memoranda in support of motions as inappropriate in a capital case where the government seeks the death penalty. DE 1308, Joint Response, (Mar. 7, 2014).

In light of this, undersigned counsel respectfully requests that it be permitted to exceed the 20-page limit.

Respectfully Submitted,

Allowed

Wolf, D.J.

March 11, 2014

/s/Danalynn Recer
Danalynn Recer
Pro Hac Vice
2307 Union Street
Houston, TX  77007
(713) 869-4722