```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Cr. No. 01-10384-MLW |
| ) | |
| GARY LEE SAMPSON     ) | |

ORDER

WOLF, D.J.                                            March 11, 2014

It is hereby ORDERED that any response by the government to defendant Gary Sampson's Motion for Adequate Time to Insure that These Proceedings Meet the Standard of Heightened Reliability Required when the Government Seeks the Death Penalty shall be filed by March 14, 2014, at 4:00 p.m., if possible, and, in any event, by March 17, 2014, at 9:30 a.m.

_____
UNITED STATES DISTRICT JUDGE