UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
           v.               )     Cr. No. 01-10384-MLW
                            )
GARY LEE SAMPSON            )

                              ORDER

WOLF, D.J.                                      June 30, 2014

     It is hereby ORDERED that:

     1.  The Motion for Leave to File Assented to Request for Short Extension of Time to File Discovery Motions (Docket No. 1388) is ALLOWED.

     2.  With regard to the Assented Request for Short Extension of Time to File Discovery Motions (Docket No. 1388-1), the parties shall continue to confer and:

          a)  The government shall, no later than July 11, 2014, respond to all now pending requests for discovery.

          b)  Defendant Gary Sampson shall, by July 25, 2014, file any motions to compel discovery in the manner required by Rule 7.1(b)(1) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules").

          c)  The government shall, by August 5, 2014, respond in the manner required by Local Rule 7.1(b)(2).

          d)  Any reply shall be filed by August 7, 2014.

3. As the court intends to decide any discovery disputes at the August 12, 2014 hearing, no further extension will be granted.

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE