```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Cr. No. 01-10384-MLW |
| ) | |
| GARY LEE SAMPSON          ) | |

ORDER REGARDING SEPTEMBER 23, 2014 STATUS CONFERENCE

WOLF, D.J.                                      September 17, 2014

In response to Defendant's Notice to the Court Regarding Recent and Upcoming Deadlines (Docket No. 1559), it is hereby ORDERED that:

1. Danalyn Recer, Esq. shall, by September 18, 2014, at 6:00 p.m., respond to the September 15, 2014 Order Concerning Government's Motion for an Order to Show Cause (Docket No. 1555).

2. As requested, defendant Gary Sampson's counsel shall, if reasonably possible, make, by September 22, 2014, at 6:00 p.m., the previously ordered submissions that are overdue. If it is not reasonably possible to make a particular submission by then, Sampson's counsel shall so state.

3. As also requested, a hearing to address the status of matters, related issues, and, at least preliminarily, Ms. Recer's response to the September 15, 2014 Order shall be held, in court, on September 23, 2014, at 11:00 a.m. If, by September 19, 2014, reliable arrangements are made with the Deputy Clerk,

Sampson's counsel who do not reside in Massachusetts may participate by videoconference; otherwise they may be required to appear in person.  As the court intends to address issues relating to counsel, unless a request to be excused is allowed, the Federal Public Defender Miriam Conrad and the United States Attorney Carmen Ortiz shall attend the hearing.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE