UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 01-10384-MLW |
| | ) | M.B.D. No. 14-mc-91345 |
| GARY LEE SAMPSON | ) | |

ORDER CONCERNING FIREWALL DECISIONS

WOLF, D.J.                                           June 28, 2015

On June 26, 2015, defendant Gary Sampson filed in Cr. No. 01-10384 and in M.B.D. 14-mc-91345 a Motion to Reconsider or Stay Rulings of the Court Made During June 25, 2015 Firewall Teleconference (the "Motion"). The government trial team and the fire-walled AUSAs each separately responded to the Motion on June 27, 2015.

The court finds that the Motion is not meritorious. The government has not moved for the court's recusal under 28 U.S.C. §455(a), and the court has not decided that recusal is necessary or appropriate. In addition, for the reasons described by the firewalled AUSAs in their sealed opposition to the Motion (M.B.D. No. 14-mc-91345, Docket No. 86), granting the Motion would disrupt the Federal Rule of Criminal Procedure 12.2 schedule the court established with a view to beginning trial on September 16, 2015.

Therefore, it is hereby ORDERED that the Motion (Cr. No. 01-10384, Docket No. 1989; M.B.D. 14-91345, Docket No. 79) is DENIED.

                                          /s/ _____
                                          UNITED STATES DISTRICT JUDGE