UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Cr. No. 01-10384-MLW |
| ) | |
| GARY LEE SAMPSON      ) | |

ORDER

WOLF, D.J.                                         August 18, 2015

On August 8, 2015, the government filed its Reply Memorandum in Support of Motion for Recusal Under 28 U.S.C. §455(a) (Docket No. 2060). On August 13, 2015, Sampson filed his Sur-Reply to Government's Motion for Recusal (Docket No. 2061). In addition, the government has filed a Motion to Defer Ruling on Substantive Matters Until the Question of Recusal Has Been Resolved (Docket No. 2037).

In view of the foregoing, the hearings previously ordered to resume on August 24, 2015, see June 26, 2015 Order Concerning Scheduling, ¶8 (Docket No. 1991), are hereby CANCELLED.

_____
UNITED STATES DISTRICT JUDGE