# United States Court of Appeals
## For the First Circuit

No. 17-6001

UNITED STATES,

Appellee,

v.

GARY LEE SAMPSON,

Defendant, Appellant.

**JUDGMENT**

Entered: February 22, 2022

This cause came on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Gary Lee Sampson's appeal of the death sentence is dismissed as moot. Gary Lee Sampson's convictions, life sentence, and death sentence are not vacated and remain intact.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Leo T. Sorokin, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Miriam Conrad, Elizabeth Prevett, Judith H. Mizner, John Martin Richey, Sara M. Cohbra, Madeline S. Cohen, Mark T. Quinlivan, Donald Campbell Lockhart, Dustin Ming Chao, Jonathan M. Albano, Anthony E. Fuller, David Sean McMahon, Eric J. Rietveld